IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    No. 18-MJ-01776-KBM

ALLISTER QUINTANA,

    Defendant.

## SUBSTITUTION OF COUNSEL

Ray Twohig enters his appearance on behalf of Defendant Allister Quintana, in substitution for the Federal Public Defender, who hereby gives notice of withdrawal.

Respectfully submitted,

/s/ Ray Twohig
_____
Ray Twohig
Attorney for Defendant
8998 Rio Grande, Blvd., N.W.
Albuquerque, NM 87114
Phone: 505/898-0400

_____
Alonzo J. Padilla
Federal Public Defender's Office
111 Lomas Blvd., N.W., Suite 501
Albuquerque, NM 87102
Phone: 505/346-2489