IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             No. 18-mj-1776

ALLISTER QUINTANA

        Defendant.

## FEDERAL PUBLIC DEFENDERS MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant Federal Public Defender Alonzo J. Padilla, the appointed counsel for defendant Allister Quintana, in the above matter, who moves this Court for an order allowing him to with withdraw as counsel for Mr. Quintana.

As grounds for this request, defense counsel states:

1.    Mr. Quintana has retained Ray Twohig to represent him in this matter.

THEREFORE, defense counsel requests that this Court enter an order allowing the Federal Public Defenders Office to withdraw as counsel for Mr. Quintana.

| | |
|---|---|
| I HEREBY CERTIFY THAT on September 14, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing: AUSA Joseph Spindle .<br><br> /s/ *filed electronically* | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489<br><br> /s/ *filed electronically on 9/14/18*<br>ALONZO J. PADILLA, AFPD<br>Attorney for Defendant |