IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 4 2018

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-3989 WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: First |
| ) | Degree Murder. |
| **ALLISTER DANZIG QUINTANA**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about February 3, 2018, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ALLISTER DANZIG QUINTANA**, an Indian, unlawfully killed John Doe with malice aforethought, in that the defendant killed John Doe willfully, deliberately, maliciously, and with premeditation, by beating John Doe with his fists, a flashlight, and a stick, and stabbing John Doe with a machete and a sword.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

11/26/18   10:10 am