# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

## Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 18-3989 WJ | UNITED STATES vs. QUINTANA | |
| Hearing Date: | 2/20/2019 | Time In and Out: | 9:30/9:32 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Allister Danzig Quintana | Defendant's Counsel: | Ray Twohig |
| AUSA: | Shaw Torgerly | Pretrial/Probation: | Sandra Day |
| Interpreter: | N/A | | |

### Proceedings

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☐ Motions due by: March 12, 2019
- ☐ Discovery Order electronically entered      ☒ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☐ Trial will be scheduled by presiding judge      ☒ Trial currently set
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

### Other

- ☐