| United States of America v. Allister Quintana<br>Exhibit List | | 18-CR-3989-WJ | |
|---|---|---|---|
| Plaintiff's Attorneys:<br><br>Joseph Spindle & Frederick Mendenhall | Defendant's Attorney: Ray Twohig | United States District Court for the District of New | |
| | | Trial Date(s): November 18, 2019 | |
| Presiding Judge: **William P. Johnson** | Court Reporter: M. Loughran | Courtroom Deputy: R. M. Garcia | |

| Plt. No. | Dft. No. | Witness | Date Off. | Obj. | Adm. | |
|---|---|---|---|---|---|---|
| 1 | | Lance Roundy | | | | Drawn Map of Quintana Residence (Bates 2240) |
| 2 | | Lance Roundy | | | | Photograph of Quintana Residence's Common Room (Bates 3158) |
| 3 | | Lance Roundy | | | | Photograph of Quintana Residence's Hallway with Closet (Bates 3333) |
| 4 | | Lance Roundy | | | | Photograph of Quintana Residence's Hallway with Closet 2 (Bates 3336-37) |
| 5 | | Lance Roundy | | | | Photograph of Victim in Closet (Bates 3364) |
| 6 | | Lance Roundy | | | | Photograph of Victim's Right Wrist (Bates 3370) |
| 7 | | Lance Roundy | | | | Photograph of Victim's Ankles (Bates 3376) |
| 8 | | Lance Roundy | | | | Photograph of Entry to Quintana Second Bedroom (Bates 3388) |
| 9 | | Lance Roundy | | | | Photograph of Bloodstain in Second Bedroom (Bates 3535) |
| 10 | | Lance Roundy | | | | Photograph of Quintana Second Bedroom (Bates 3536) |
| 11 | | Lance Roundy | | | | Photograph of Bloodstained Duct-Taped Sticks (Bates 3566-67) |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | | Lance Roundy | | | | Bloodstained Duct Taped Stick 1 recovered from Quintana Residence |
| 13 | | Lance Roundy | | | | Bloodstained Duct Taped Stick 2 recovered from Quintana Residence |
| 14 | | Lance Roundy | | | | Photograph of Pink Blanket and Bloodstain (Bates 3587) |
| 15 | | Lance Roundy | | | | Photograph of Stool with Blood Drops (Bates 3557) |
| 16 | | Lance Roundy | | | | Photograph of Wall Spatter (Bates 4019-20) |
| 17 | | Lance Roundy | | | | Photograph of Entry to Bathroom (Bates 3592) |
| 18 | | Lance Roundy | | | | Photograph of Stained Wall (Bates 3596) |
| 19 | | Lance Roundy | | | | Photograph of Stained Container and Stained Tank Top (Bates 3608) |
| 20 | | Lance Roundy | | | | Photograph of Stained Tank Top Laid Out (Bates 4136) |
| 21 | | Lance Roundy | | | | Photograph of Bathroom with drywall (Bates 3613-14) |
| 22 | | Lance Roundy | | | | Photograph of Stained Shower Curtain (Bates 3622) |
| 23 | | Lance Roundy | | | | Photograph of Victim's full body back (Bates 3927) |
| 24 | | Lance Roundy | | | | Photograph Close-up of Victim's Face (Bates 3939) |
| 25 | | Lance Roundy | | | | Photograph of Back of Victim's Head and Hair (Bates 3373) |
| 26 | | Lance Roundy | | | | Photograph of Closet without Victim (Bates 3930) |
| 27 | | Lance Roundy | | | | Photograph of Vacuum Cleaner with Stain (Bates 3971-72) |
| 28 | | Lance Roundy/Jeff Wright | | | | Photograph of Room with Swords and Hammer (Bates 3089-90) |
| 29 | | Lance Roundy/Jeff Wright | | | | Photograph of Sword with Stain (Bates 3094) |
| 30 | | Lance Roundy/Jeff Wright | | | | Hammer Recovered from Quintana Residence |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | | Lance Roundy/Jeff Wright | | | | Machete Recovered from Quintana Residence |
| 32 | | Lance Roundy/Jeff Wright | | | | Sword Recovered from Quintana Residence |
| 33 | | Lance Roundy/Jeff Wright | | | | Photograph of Flashlight (Bates 3098-99) |
| 34 | | Lance Roundy/Jeff Wright | | | | Flashlight Recovered from Quintana Residence |
| 35 | | Lance Roundy/Jeff Wright | | | | Photograph of Hair (Bates 3100-01) |
| 36 | | Lance Roundy/ Jonessa Vigil | | | | Screenshot of Instagram Messages from DanzigCrowley (Bates 218-20) |
| 37 | | Lance Roundy/ Instagram Records Custodian | | | | Photograph and Text from DanzigCrowley (Bates 842-44). |
| 38 | | Lance Roundy/ Jonessa Vigil/ Instagram Records Custodian | | | | DanzigCrowley Instragram Chat Convseration (Bates 768-69) |
| 39 | | Lance Roundy/ Instagram Records Custodian | | | | DanzigCrowley Instagram Chat Conversation (Bates 513) |
| 40 | | Lance Roundy/ Instagram Records Custodian | | | | DanzigCrowley Instagram Chat Conversation (Bates 1174-75) |
| 41 | | Lance Roundy/ Thomas Durham | | | | Selfie from Quintana's phone (Bates 2185) 20170617_012456.jpg |
| 42 | | Lance Roundy/ Thomas Durham | | | | Screenshot of Text Messages Between Allister and Mairo dated 2/3/2018 00:43-00:55 (Bates 2185) |

| 43 | | Lance Roundy/ Thomas Durham | | | | Screenshot of Text Messages Between Allister and Mairo dated 2/3/2018 10:06-10:22 (Bates 2185) |
|---|---|---|---|---|---|---|
| 44 | | Lance Roundy/ Thomas Durham | | | | Screenshot of Text Messages Between Allister and Girl Bennie N His dated 2/8/2018 11:29-11:49 (Bates 2185) |
| 45 | | Lance Roundy/ Thomas Durham | | | | Photograph from Quintana's Phone of the Swords (Bates 2185) 20180203_003645.jpg |
| 46 | | Lance Roundy/ Thomas Durham | | | | Screenshot of Extraction Report from Quintana's Phone Dating Sword Photograph (Bates 2185) |
| 47 | | Lenora Wells | | | | Quintana CIB (Bates 2225) |
| 48 | | Marlena Martinez/ Verinda Reval | | | | Land Status (Bates 4740) |

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

<u>Filed Electronically</u>
JOSEPH M. SPINDLE
FREDERICK MENDENHALL
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

<u>Filed Electronically</u>
JOSEPH M. SPINDLE
Assistant United States Attorney