IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CR NO.   18-03989-WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALLISTER DANZIG QUINTANA**, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES'S WITNESS LIST

The United States of America, through counsel, submits this list of witnesses for the trial in this matter.   The United States does not waive the right to supplement this list.

1. Harley Howland

2. Heaven Howland

3. Michael Orta

4. Howard Martinez

5. Rochena Craner

6. Aeleen Cuch

7. Sherolyn Cachucha

8. Matthew Vicenti

9. Bennie Collins

10. Andrew Bettelyoun

11. Jonessa Vigil

12. Alicia Vigil

13. Dwayne Epling
14. Josue Aranda
15. Johnny McDonald
16. Matthew Martinez
17. Brian Cachucha
18. Christopher Rafferty
19. James Webb
20. Ricardo Cordova
21. Jonathan Talamante
22. Stephan Montano
23. Letitia Julian
24. Arron Julian
25. Sarah Rich
26. Brad Koons
27. William M. Waldron
28. Lance Roundy
29. Jeffrey Wright
30. Danny Garcia
31. Frank Fischer
32. Joey Garcia
33. Cynthia West
34. Thomas Durham
35. Erin Martin

36. Edward Kniery

37. Raymond Harris

38. Megan Siano

39. Douglas Hildebrand

40. Erin Farais

41. Brittany Swisher

42. Brittany Macias

43. Thuy-Trang Pennella

44. Marie Dare

45. Elizabeth Small

46. Kerriann Reynolds

47. Lauren Graessle

48. Ashley Baloga

49. Jessica Walker

50. Jessica McDonald

51. Jerrilyn Conway

52. Zachary Curran

53. Candi Alvarado

54. Katherine Hargett

55. Megan Grimes

56. Crystal Cauley

57. Kelsey Singh

58. Danielle Shrader

59. Kyla Binfet
60. Shannon Prince
61. Michael Gorn
62. David Korejwo
63. Kevin Brown
64. Robert May
65. Pablo Mercado
66. Tina Felipe
67. Lauren Harett
68. Cyrus Bowman
69. Michael Williams
70. Michael Thomas
71. Robert Kirkland
72. Jesse Gill
73. Walter Satterwhite
74. Dennis Duperre
75. Dr. Lauren Dvorscak
76. Dr. Ann Hoffa
77. Lenora Wells
78. Marlena Martinez
79. Verinda Reval
80. Kurt Sandoval
81. Isaiah Vigil

Respectfully submitted,
JOHN C. ANDERSON
United States Attorney

<u>Filed Electronically 9/3/19</u>
JOSEPH M. SPINDLE
FREDERICK MENDENHALL
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

*<u>Filed Electronically</u>*
JOSEPH M. SPINDLE
Assistant United States Attorney