# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable William P. Johnson**

**Case No.:** CR18-3989   **Date:** 10/1/2019

**Parties:** USA v. Allister Danzig Quintana

**Courtroom Clerk:** R. Garcia   **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Status/Scheduling Conference

**Place of Court:** Albuquerque

**Total time in Court:** 7 minutes

**Evidentiary Hearing:** No

**Attorneys Present for Plaintiff(s):**
  Joseph Spindle

**Attorneys Present for Defendant(s):**
  Ray Twohig

**Proceedings:**

11:40   Court in telephonic session; counsel enter appearances; Defendant not present.

　　　The Court addresses the 11/18/2019 trial date; inquires if counsel are prepared to go to trial on 11/18/2019.

　　　Mr. Spindle advises the parties hope to resolve the matter by of a plea; would request a new trial date in the spring to accommodate the negotiation of a plea.

　　　Mr. Twohig agrees with Mr. Spindle; working toward resolution by mid to late November.

　　　The Court addresses speedy trial; counsel agree no speedy trial issues; case declared complex.

　　　The Court suggest continuing trial date from 11/18/2019 to of 2/18/2020; counsel agree.

　　　Mr. Spindle advises that, if no resolution by mid-November, counsel will submit a new scheduling order; Mr. Twohig agrees.

11:47   Court in recess.