**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 2 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-CR-03989-WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: Second |
| ) | Degree Murder. |
| **ALLISTER DANZIG QUINTANA**, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about February 3, 2018, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ALLISTER DANZIG QUINTANA**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

JOHN C. ANDERSON
United States Attorney

JOSEPH M. SPINDLE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274