UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:**     18-3989 WJ                              **Date:** May 26, 2020

**Parties:** USA v. Allister Danzig Quintana

**Courtroom Clerk:** R. Garcia          **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Status Conference

**Place of Court:** Albuquerque

**Total time in Court:** 4 minutes

**Evidentiary Hearing:** No

**Attorneys Present for Plaintiff(s):**          **Attorneys Present for Defendant(s):**

  Joseph Spindle                                                     Ray Twohig

**Proceedings:**

10:00   Court in telephonic session; counsel enter appearances; Defendant not present.

The Court notes this matter is set for a sentencing hearing on 6/22/20; notes Government's request for upward variance; asks how many witnesses?

Mr. Spindle advises 1 witness and 2 family victims; estimates one and a half to two hours for hearing.

Mr. Twohig advises he is working on an unopposed motion to continue the sentencing hearing for reasons associated with COVID-19 and access by him and the psychologist; will have 3 witnesses.

The Court asks if the matter needs an in-person hearing?

Counsel agree in-person.

The Court addresses McKinley County infection rates; inquires if hearing should be moved?

Mr. Spindle is not opposed to continuance.

The Court asks if more than 30 days; 60-90 days?

Mr. Twohig agrees 60 days for now; no objection from Mr. Spindle.

The Court will set aside a half-day and into the afternoon; notes the Marshal's schedule will be coming out designating what days for what facilities will be brought in; will take into account the Marshal's scheduled when the time comes; will set the hearing out 60 days; if counsel needs more time, alert the Court, or if circumstances at McKinley change, it may have to be moved out.

10:04   Court in recess.