IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-CR-03989-WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALLISTER DANZIG QUINTANA**, | ) | |
| | ) | |
| Defendant. | ) | |

## FOURTH UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States hereby moves this court to continue the scheduled sentencing hearing in this matter and states:

1. On January 22, 2020, Defendant pleaded guilty to second-degree murder.  (Doc. 57).

2. The case is set for sentencing on October 23, 2020.  (Doc. 71).  At sentencing, the parties intend to litigate several issues, including the applicability of an upward variance/departure and Defendant's mental condition at the time of the murder.

3. Defense is waiting for the results of a psychological evaluation of Defendant.  After the completion of the evaluation and disclosure to the United States, additional testing and litigation may be necessary.

4. Counsel for the United States has a conflict on October 23, 2020.

5. Counsel for Defendant does not object to a sixty day continuance.

WHEREFORE, the United States requests a continuance of the October 23, 2020 sentencing hearing.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney


*/s/   Electronically filed 8/19/2020*
JOSEPH M. SPINDLE
Assistant U.S. Attorney
201 Third Street NW, Suite 900
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

**/s/    Electronically Filed 8/19/20**
JOSEPH M. SPINDLE
Assistant United States Attorney