IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

                                           No.  18-CR-03989 WJ

vs.

ALLISTER QUINTANA,

      Defendant.

### DEFENDANT'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINES

Defendant Allister Quintana, through his attorney, Ray Twohig, moves that deadlines for counsel to file sentencing memoranda be extended and that the sentencing hearing be vacated and rescheduled. The grounds are as follows.

1. Several sentencing dates have been set, then modified. The current sentencing date is January 5, 2021.

2. At the time of the cpourt's order rescheduling this matter, the Court set deadlines for counsel's submissions. Those deadlines have not been able to be met because the report of Dr. Christine Johnson, Ph.D has been delayed. She has assured counsel she will complete her report on November 16, and that date has been confirmed on November 11, 2020.

3. Dr. Johnson has worked diligently on the evaluation despite being unable to meet personally with Mr. Quintana at the McKinley County Detention Center, where he remains incarcerated. She has been able to obtain the cooperation of staff at the detention center to allow online meetings with Mr. Quintana, of which there have

been several. These are not ideal, since they hamper and complicate

psychological testing. Since she has assured counsel she will be able to complete

her evaluation and report by November 16, 2020. Counsel can then complete his

sentencing memorandum by December 15, 2020 and the Government can

complete its response by December 29, 2020.

4.  Extension of these dates is requested as well as rescheduling the sentencing in

this matter.

      Assistant United States Attorney Joseph Spindle does not oppose this

motion.

      Respectfully submitted,


      /s/ Ray Twohig

      _____

      Ray Twohig
      Attorney for Defendant
      8998 Rio Grande Blvd., N.W.
      Albuquerque, NM  87114
      Phone: 505/898-0400


I hereby certify that on the 11th day of
November, 2020, I filed the
foregoing electronically through the
CM/ECF system, which caused
all parties and counsel of record
to be served by electronic means,
as more fully reflected on the
Notice of Electronic Filing.


/s/ Ray Twohig
_____

2

Ray Twohig