IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                No.  18-CR-03989 WJ

ALLISTER QUINTANA,

    Defendant.

## **DEFENDANT'S SEVENTH UNOPPOSED MOTION TO EXTEND DEADLINES**

Defendant Allister Quintana, through his attorney, Ray Twohig, moves that deadlines for counsel to file sentencing memoranda be extended and that the sentencing hearing be vacated and rescheduled. The grounds are as follows.

1. Several sentencing dates have been set, then modified. The current sentencing date is April 6, 2021.

2. At the time of the court's orders rescheduling this matter, the Court set deadlines for counsel's submissions. Those deadlines have not been able to be met for various reasons. Earlier, it was because the report of Dr. Christine Johnson, Ph.D had been delayed. Then, after it was completed, communications with Mr. Quintana and counsel became logistically complicated further, by both the pandemic and technical difficulties with Zoom calls.

3. The Sixth Motion for Extension (Doc 80) advised that "meetings between client and counsel and Ms. Gordon have been frequent, and more are needed because of

1

some unique aspects of the case which require particular focus, and which were better revealed to counsel and Ms. Gordon as a result of Dr. Johnson's report."

4. Defense counsel's communications with Mr. Quintana have yielded further information which has required that counsel seek additional research, investigation and expert assistance. We expect that an additional month or more of delay is likely. Defendant's attorney has provided certain documents to the Government to facilitate further discussions, and to minimize future inconvenience and enable a more streamlined sentencing proceeding. Defendant seeks an extension to May 15, 2021 to complete his sentencing memorandum and the Government can complete its response by .May 29, 2021.

5. Extension of the deadlines is requested as well as rescheduling the sentencing in this matter.

      Assistant United States Attorney Joseph Spindle does not oppose this motion.

                              Respectfully submitted,

                              /s/ Ray Twohig
                              _____
                              Ray Twohig
                              Attorney for Defendant
                              8998 Rio Grande Blvd., N.W.
                              Albuquerque, NM  87114
                              Phone: 505/898-0400

I hereby certify that on the 29th day of
March, 2021, I filed the
foregoing electronically through the
CM/ECF system, which caused
all parties and counsel of record
to be served by electronic means,
as more fully reflected on the
Notice of Electronic Filing.


/s/ Ray Twohig
_____
Ray Twohig