IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                               Cr. No. 18-03989 WJ

ALLISTER DANZIG QUINTANA,

    Defendant,

## ORDER VACATING SENTENCING HEARING

The Court, sua sponte, hereby vacates the sentencing hearing for Defendant currently scheduled for Thursday, September 9, 2021 at 2:30p.m. The sole reason for vacating Defendant's sentencing hearing is because today, Wednesday, September 8, 2021, the Court is presiding over the sentencing hearing in U.S. v. Livingston, 1:20-cr-00316-WJ-1, which is a second-degree murder case involving witness testimony from both the United States and the Defendant, along with victim impact statement from surviving family members. This sentencing hearing is lasting much longer than the Court anticipated.

Accordingly, the Court simply does not have time to prepare for the Quintana Sentencing Hearing, given the factual and legal issues raised by both sides.

Therefore, the sentencing hearing for the Defendant is hereby vacated.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE