IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                                No.  18-CR-03989 WJ

vs.

ALLISTER QUINTANA,

        Defendant.

### DEFENDANT'S NOTICE OF UNAVAILABILITY FOR SENTENCING HEARING

Defendant Allister Quintana, through his attorney, Ray Twohig, notifies the Court that Dr. Christine Johnson, an expert defense witness subpoenaed and previously scheduled to testify at the sentencing hearing, will be unavailable to do so from September 20 through September 24 due to previously planned activities outside of New Mexico. The Court is requested to avoid rescheduling the sentencing hearing vacated by order of September 8, 2021 (Doc 106) during that time period.

                                                Respectfully submitted,

                                                /s/ Ray Twohig

                                                _____
                                                Ray Twohig
                                                Attorney for Defendant
                                                8998 Rio Grande Blvd., N.W.
                                                Albuquerque, NM  87114
                                                Phone: 505/898-0400

I hereby certify that on the 9th day of
September, 2021, I filed the
foregoing electronically through the
CM/ECF system, which caused
all parties and counsel of record
to be served by electronic means,
as more fully reflected on the
Notice of Electronic Filing.


/s/ Ray Twohig
_____
Ray Twohig