IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                               ) | |
| Plaintiff,                    ) | Cr. No. 18-3989 WJ |
|                               ) | |
| vs.                           ) | |
|                               ) | |
| ALLISTER DANZIG QUINTANA,     ) | |
|                               ) | |
| Defendant.                    ) | |

**<u>ORDER TO DISMISS SUPERSEDING INDICTMENT</u>**

This matter comes before the Court on the motion of the United States to dismiss, as to Defendant Allister Danzig Quintana, the Superseding Indictment (Doc. 37) based upon entry of a written judgment of Defendant's conviction and sentence to an Information (Doc. 54). The Court being fully advised in the premises finds that the motion should be, and hereby is, granted.

IT IS HEREBY ORDERED that the Superseding Indictment is hereby dismissed as to Defendant Allister Danzig Quintana.

_____
WILLIAM P. JOHNSON
United States District Judge